Dear Clerk,
Please file the attached filing and mail me back my original or a copy.
Thanks, Donald Seoane

__Filed __Received __Entered __Served On
Counsel/Parties of Record
NOV 12 2026
Clerk US District Court
District of Nevada
By:__________ Deputy

Donald Carlos Seoane FKA Donny Long 
VS Case:
Pedophile Terrorist Pornstar Hooker Hiring War Mongering Dictator Treasonous Convicted Felon Kiddy Fiddler Rapist President Donald John Trump, His Treasonous Pedo Terrorist Gang in Government and the scared and paid off American Propaganda Media and Social Media Circus Clowns and more as follows including: My Thai Illegal Immigrant Wife Nantita Seoane AKA Pornstar Prostitute Heather Deep AKA Heather Deepthroat AKA Queen of Throatpies, Her Federal Police Officer for CBP DHS and ICE Onlyfans Pornfan Prostitution Client CUCK SIMP Women Beating Child Abusing Pedophile Terrorist Pimp Boyfriend Noel Arron Marquis, Pornstar Prostitute Stormy Daniels AKA Stephanie Clifford, Florida's Pornstar Hooker Hiring Pedophile Terrorist Treasonous Governor Ron Desantis AKA Ronald Desantis and his Pedo Terrorist Gang, Dishonorable Corrupt Pedophile Terrorist Thieving Scammer First Lady Casey Desantis, First Lady Mail Order Gold Digging Lying Cheating Backstabbing Worthless Americanized Disgraceful CUCK Whore Melania Trump, Oath Violating Corrupt James David Vance, Corrupt Treasonous Oath Violating Thieving Pedophile Terrorist James Uthmeier, Oath Violating Pedophile Terrorist Corrupt head Clerk Stacey Pectol, Corrupt Oath Violating Pedophile Terrorist Treasonous Racist Black Supremacist Chief of The Osceola County Florida Jail Keith E. Neely, Corrupt Oath Violating Pedophile Terrorist Treasonous Deputy Chief of The Osceola County Florida Jail Chris

Schell, Corrupt Oath Violating Treasonous Terrorist Racist Laura Rivera, Corrupt Oath Violating Treasonous Terrorist Racist Cynthia Rivera, Corrupt Oath Violating Treasonous Morbidy Obese Bisexual Pedophile Terrorist James B. Kenney, Corrupt Oath Violating Treasonous Terrorist Pedophile Unconvicted Sex Offender Racist Valentina Vargas Rosso, Corrupt Oath Violating Treasonous Pedophile Terrorist Racist Yuberky Almonte, Corrupt Oath violationg Treasonous Pedophile Terrorist Man Hating Racist Butch Bulldike Holly Dorman, Corrupt Oath Violating Treasonous Pedophile Terrorist Joseph M. Finick, Corrupt Oath Violating Treasonous Pedophile Terrorist Morbidly Obese black Supremacist Ashlie Harmon, Corrupt Oath Violating Treasonous Morbidly Obese Black Supremacist Pedophile Terrorist Joy Gibson, Corrupt Oath Violating Treasonous Racist Pedophile Terrorist Homosexual Santos Garcia, Corrupt Oath Violating Treasonous Pedophile Terrorist Stephen K. Pearsall, Pedophile Terrorist Christine Marquis, Christina Marquis, Noel Marquis, Zachary Marquis, ousted and now arrested on 29 charges of Racketeering Corrupt Pedophile Terrorist Puerto Rican Cartel Racist Marcos R. Lopez elected exhead Sheriff of Osceola County Florida and Ron Desantis good friend and partner in crime, Corrupt Oath Violating Pedophile Terrorist Speaker of the House of the Florida Representatives Daniel Perez, Republican Law Maker Corrupt Oath Violating Pedophile Terrorist Robert Alexander "Alex" Andrade, Corrupt Oath Violating Pedophile Terrorist Ashley Moody, Rick Scott,

Byron Daniels, Erica Booth, Michelle Gilliam, Melanie Komorowski, Blan Teagle, Pamela Jo Bondi, Todd Blanche, Hayden O'Byrne, Gregory W. Kehoe, Michael Spaven, Kash Patel, Brian Hass, Monique Haughton Worrell, Christopher Blackmon, Stephen Hopes, Gary J. Cooney, Kristi Noem, Panagiota Papakos, Florida Center for Government Accountability, Project on Government Oversight, FBI Orlando, Mike Johnson, Markwayne Mullin, Monalissa Young, Executive Office of the president, Alec Garnett, Tusi Gabbard, Merrick Garland, Jenna Hawell, Ghislaine Maxwell, John Ratcliffe, Marco Rubio, Todd M. Lyons, Judicial Watch INC., Inside Edition, Sean Hanity, Tucker Carlson, Huffington Post, Washington Post, NY Times, MSNBC, CNN, Miami Hearld, AP News, Free Speech Coalition, Louder with Crowder LLC, Steven Crowder, Candace Owens, The Daily Wire, Elon Musk, Tesla INC, Mark Dice, Jesse Ventura, Glen Beck, Joe Rogan, Vice Media, Alexandria Ocasio-Cortez, Orlando Sentinal, BBC Studios Americas INC, WPLG Local 10 News, Collen A. Monroe, DHS Orlando Field office, FBI Tampa, FDLE Orlando, FDLE Tallahassee Florida, DOJ Tampa, The Florida Commission on Ethics, Kerrie Stillman, Steven J. Zuikowski, Luis M. Fuste, Tina Descovich, FDLE Miami, Alex Jones, Andrew Torba, Associated Press, U.S. CMG Media Corp DBA Cox Media Group, The First Amendment Foundation, Headquarters of Gannett, Graham Media Group, Mcclatchy Company Headquarters, The Editor The New York Times, Nexstar Media Group, the Scripps center, Sun Sentinel Deerfield Beach FL, Times Publishing Company, NBC Universal Media, Integrity Florida

Institute, American oversight, Ben Shapiro, Media Matters, Adam 22, TMZ, Los Angeles Times, Eric Trump, The Trump Organization, USA Today, Tampa Tribune, Lakeland Ledger, Spectrum News, Druge Report, Project Veritas, Media Matters for America, AVN Media Network, Fox 35 Orlando, WFTV 9, WESH 2, WFLA-TV, WFTS, WFTS 9, WTFP, Fox 13 Studios, WKMG-TV6, FOX 6, XBIZ, ABC World News, ABC News, Fox News, Cable Network News, Newsmax, Courthouse News Service, All in their Public and Private capacities as corrupt and discriminating engaged in RICO Activities with others operating by fraud and Multi-Tiered and Multi-Jurisdictional Racketeering by pattern in practice under their leadership corruptly and Discriminatory RICO Activity and Domestic Terrorism and Fraud upon American Tax Payers, operating Discriminatory and corruptly refusing to protect crime victims rights, Refusing to investigate public corruption and refusal to allow access to a grand jury.

**GOVERNOR CANDIDATE POLITICAL PRISONER EXPORNSTAR DAD DONNY LONG SUES PRESIDENT DONALD JOHN TRUMP AND....**

By: Donald Carlos Seoane [signature]
Mail TO: 402 Simpson Rd. Kissimmee, FL 34744
ID: Seoane, Donald 1277492
Text through smartinmate.com
Video Call ICSolutions.com

Let me start out by saying that if I was a woman and or mother crying out for help then none of this would have happened and if I was any color but WHITE or any gender but straight then none of this would have happened either. But because I am a straight white male in 2026, im being discriminated against, terrorized and silenced and im having to file this now in fear for my life from my MAX custody level jail cell in the F pod or "The Box" or "Hood" where they just put me AGAIN with violent mentally ill gang banging murders and worse that are in this pod for fighting with inmates and staff and worse when I'm a nonviolent innocent inmate pending trial for three years that's never got in any trouble here but since I'm suing jail staff and standing up for my rights and exposing corruption they are retaliating. They did this because they are trying to kill me. I have been falsely imprisoned held hostage with no bond as a political prisoner in The Osceola County Jail in Florida for three years now as a minumium custody inmate with no court or trial date for 21 months even though me and my five private paid lawyers are fully prepped for trial for three years now on my bogus cases. 7 false arrest and 14 false charges all beat down to 1 false arrest and 3 false charges. I'm filing this against the following defendants in hopes that ATLEAST ONE OF THEM will finally stop violating my human and Constitutional rights and help me and my children get some legal justice and or get my story out there before the Government

Epstien's me off in a cell as they have been trying to do for three years now but now they are really trying after they just targeted me with complete lies from jail officials I was suing and put my custody from Minimum to Max and are trying to kill me with violent gang banging mentally ill phycopaths maliciously to have me hurt or killed all to shut me up because I know too much about many things about many corrupt Government officials and their envolvement in tons of crimes including to do with the Porn Industry, Pornstar Prostitution, Money laundering, Theft of Tax payer money, sexual abuse including done to my children by them and their Pedophile Terrorist Gang and now all the crimes, physical abuse, sexual abuse and more from several corrupt public servant employees at the Inhumane Osceola County Florida Jail towards myself and countless other inmates and jail officials pocketing tax money while inmates are in inhumane conditions being cruel and unusually punished and terrorized for a profit. They falsely imprisoned me to shut me up and get me away from media and social media after I sued 27 of them in "Seoane VS Derenthal" back in 2023 in Federal Court and Florida's Governor Ron Desantis had it censored, hidden from Public view and thrown out as I was running for Florida's Governor all over social media promising to lock him and tons of other corrupt officials up if I got elected in. He at the time was running for President and if him and his

Gang didnt get me away from the media and social media he wasn't going to get elected Dog Catcher and rather end up in prison for life where he and so many others here belong. DuckDuckgo.com "Seoane VS Derenthal criminal complaint 3" and also see Youtube channel "Noelleaks" and the second video uploaded called "Save My Children Full Movie". Hopefully someone in Government and or media or social media will get my story out there to put pressure for something to be done and get me and my kids justice and get me to a jury trial to prove my innocence at the very least and hopefully sooner or later get many highly corrupt officials held legally accountable for all their crimes they have committed against my family and I including my four young kids!!! I will be amending this many times as I get more access to paper, pens, envelopes and copies as they are trying to stop me from making filings also but for now because of Ron Desantis and his Gang including the jail officials now seriously targeting me and putting my life in serious danger and the abusive conditions of confinement and torture I will be filing a motion for TRO ASAP detailing it all! They just blocked me from having all contact with the outside world through phone, text or video call and shut off my jail tablet accounts ability to file Grievances and request to stop me from documenting all the abuse as well as accessing all my evidence in there for my

cases and they Keep making more false allegations against me as much as they can and refuse to put the Go Pro camera contact order back in place that was previously protecting me from all this666

Therefore I Pray the following:
1. Order each defendant to pay me six million USD.
2. A permanent injunction against Florida and The Osceola County Sheriff's office so they can never do this again to me.
3. Allow me several months to update and amend this.
4. Order Chief Keith E. Neely to stop violating his oath and neglecting his duty as chief and to restore my rights.
5. Order Stacey PeCtol to get the panel to rule at the sixth DCA in Lakeland on the states fraudulant Interlocatory appeal that's stopping me from having a court or trial date for 18 months now after three years falsely imprisoned.
6. Order Governor Ron Desantis to order me to trial.
7. Any and all relief this court finds just.

I swear under penalty of perjury all is true to the best of my Knowledge and I provided a copy to all parties on this 27 day of 7, 2026.

ing # 223043681 E-Filed 05/13/2025 05:01:56 PM

Exhibit D

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR OSCEOLA COUNTY, FLORIDA**

**IN THE INTERESTS OF THE MINOR CHILDREN:** **CASE NO.: 2024-DP-000008, 2024-DP-000009, 2024-DP-000010**

**A.S.**

**A.S.**

**B.S.**

**S.S.**

**vs.**

**DONALD SEOANE,**

**FATHER.**

---

**MOTION TO SET ASIDE THE ORDER ADJUDICATING THE MINOR CHILDREN DEPENDENT AS TO THE FATHER OR MOTION FOR RELIEF OF JUDGMENT**

**COMES NOW** the Defendant, DONALD SEOANE, by and through the undersigned counsel, and moves this Court for extraordinary relief pursuant to Fla. R. Juv. P. 8.270 to Set Aside the Adjudicatory Order filed in this case April 30, 2025. In support of this motion the Defendant would show:

1. That the Father received newly discovered evidence which by due diligence could not have been discovered in time to move for rehearing.
2. The discovery in the form of Child Protection Team (CPT) Interviews of the minor children was provided via e-mail after the Court ordered them to be provided on May 2, 2025.
3. That this additional evidence was not previously provided, and if it had been provided prior to the Adjudicatory Hearing, the outcome would have been different.
4. That the CPT recorded interviews were previously requested by the Father in July of 2023 case 2023-DR-2668-DV. The Court ordered the Child Protection Team to provide the videos to the Court of any forensic evaluations of the children by CPT to be provided to the Court and the

2

Parties in the Court's order July 16, 2023.

5. A supplemental Order by the Court was issued August 11, 2023, wherein the Court ordered that the videos of the CPT forensic evaluations be made available for viewing by the parties at the hearing August 24, 2023.

6. On August 24, 2023, the tapes were not made available for inspection, rather the Court called a witness to testify as to the contents of the CPT tapes, and it is notated in the minutes that the Court asked questions regarding the tapes and allowed the Father to ask questions rather than view the tapes himself; to wit, the father asked "I was told that Andrew told you the mother was doing naked videos in front of him, did he tell you that?" The response was "no. I did not bring up that question."

7. The Court on August 24, 2023 did not allow the Father to view the CPT recorded interviews.

8. That the CPT recorded interviews were provided via e-mail on May 5, 2025, and the testimony provided by Ms. Gilbert with the Child Protection Team at the hearing August 24, 2023 is clearly disputed by the CPT tapes which were not provided to the Father at the hearing, despite his repeated requests.

9. The CPT recorded interview of A.S. clearly shows A.S. speaking to the interviewer and mentioning that the mother, Nantita Seoane, "shakes her butt in the camera" "without clothes on naked" in "mom's room" "with Anna" and described the camera as a "phone in camera stand so you can stand and you don't have to hold it" and described the phone as having a "black case" and described the stand as having colors with a round circle on the stand so the phone can stand it so she does tik tok." He tells the interviewer he sees it on her phone when Mom gives over the phone for him to play. *Kissimmee Rm 2 PIP_06-28-2023_36179*

10. He points to his back and says "it goes all the way down to here" pointing at his rear end.

11. When asked what he could see and what part of the body he could

3

see he responds "the private" and when asked where's the private, he responds "here" and points to his genital area, and when asked what it looked like and he says "like you pee in the toilet" and when once again asked what it looks like he says "it looks like a round shape like a hole." He states that he told his Father because it makes him scared.

12. Had the father been able to obtain this previously refused evidence, the outcome of the adjudicatory hearing would have resulted in a different outcome.

**LAW AND ARGUMENT**

Florida Rule of Juvenile Procedure 8.270 states that upon a motion and such terms as are just, the court may relieve a party or the party's legal representative from an order, judgment, or proceeding several reasons, including upon newly discovered evidence which by due diligence could not have been discovered. Prior to the adjudicatory hearing, requests have been made to obtain the CPT tapes by both the Father on his own and his attorneys. His requests—though granted—ultimately were denied and he has never been provided the CPT tapes.

Undersigned counsel was provided the CPT tapes on May 5, 2025 by e-mail, but was unable to view them at first due to technical issues with the link. Subsequently, the issues were rectified and the CPT tapes were viewed. The aforementioned statements made in the Statement of Facts were obtained by viewing the CPT tapes.

The Mother, Nantita Seoane, as well as persons from the Department of Children and Families and Caseworkers all testified at the adjudicatory hearing and were not subject to cross examination regarding the CPT interviews of the children which were the catalyst into the criminal cases for which the Father is incarcerated.

**WHEREFORE**, the Defendant moves this Honorable Court to enter its Order Setting Aside the Order Adjudicating the Children Dependent as to the Father, and any other recommendations as this Honorable Court deems just and appropriate.

**CERTIFICATE OF SERVICE**

I hereby certify that this original document has been e-filed wit the Clerk of Court through the E filing portal on this, the 13th day of May, 2025.

s/ Maryjane Cooper

Maryjane Cooper, Esq.
Cooper & Fernandez Law, PLLC
PO BOX 701509
St. Cloud, FL 34770
407-420-3826 | 407-564-6645
Maryjane@CoopFernLaw.com

Petition for Arrest of Anna Lane Derenthal 296

# Exhibit F

Hello

Anna Lane Derenthal is the adult daughter of Judge Holly Marie Newman Derenthal that joined in on the felony RICO ACT Conspiracy against me from her mother, detective Justin Akins, Elected Sheriff of Osceola County Marcos R. Lopez and 25 other dishonest highly corrupt officials that I sued in federal court and I made public criminal complaints calling for their arrest for covering up the abuse of my 4 and 5 year old from their mother Nantita Seoane and her pornfan prostitution client boyfriend Noel Arron Marquis a well documented with police officer for Customs and Border Patrol. Anna caused two criminal charges against me because of her and detective Justin Akins lies and perjury in sworn affidavit arrest warrents as well as perjury in both their depositions which they both admit to in their depo's. Anna says in her depo I posted a "Physical Threat" and "Threatening to sexually assualt me and put me on Onlyfans." Then when drilled about the truth of her perjury she admits that the post was acually made by a username of her father Micheal Derenthal on a open post anonymous website Noelleaks.com and the post didnt threaten her at all but rather offered her one million dollars to have sex with Donny Long. Like most of the now 7 false arrest and 13 bogus fraudulant criminal

charges and this one was also dropped before trial as well as the two bogus fraudulant seperate charges and seperate arrest caused by her father Mickeal Derenthal's lies and perjury also. Holly, Anna and Micheal Derenthal's belong in prison for their crimes against me and my family. Feel free to let me know if you want all the evidence of their crimes including their depo's or contact any of my 4 private lawyers. I been falsely imprisoned now almost two years trying to get to trial to prove my innocence and they keep pushing my trial to keep me quiet and in jail but I will be quiet no more. This and much more is now being mailed to many media groups, with everyone's names that keep refusing to investigate and arrest them all. Therefore I pray you help in getting me and my kids legal justice FINALLY??? I await your responce and I can be reached on the jail messaging tablet through smartinmate.com Inmate ID: 1277492 or a video call through Icsolutions.com or US Mail at 402 Simpson RD. Kissimmee, FL 34744

Thanks and GOD Bless, Donald Carlos Seoane

6-4-25

# FACTS

1. Justin Akins is a detective with the Osceola County Sheriff's office for almost twenty years. Akins is very well known amongst the local lawyers and prosecutors for his perjury on sworn arrest warrents and perjury in the courtroom.

2. Justin Akins was assigned my criminal complaints and instructed by his superiors to investigate my sworn criminal complaints against Judge Holly N. Bereath and several others.

3. When Akins refused to investigate I sent him and the Sheriff Marcos R. Lopez and several other sheriff's a intent to sue letter and then also started to call for their arrest all over social media.

4. In return Akins filled sworn arrest warrents with total blantant lies and perjury to have me silenced by falsely imprisoning me. I been falsely imprisoned now for almost two years with no bond all because of Akins lies. 7 arrest 13 charges since my first false arrest by Osceola County Sheriff's office. All charges have been beat by a Jury, dropped right before trial or Nol Prosed except one arrest and 3 charges I'm waiting to prove my innocence to a Jury.

5. I'm asking for Justin Akins arrest for his crimes against me and my kids and you to see his affidavits, depositions, emails and more I have Attached. Thank You, Donald Seoane

Crimes of Detective Justin Akins



So as you can see in the 13 pages of Exhibits of emails between me and Justin Akins had no interest in investigation. My criminal Complaints against Judge Derenthal or anyone else for that matter. Akins has such a outragously huge reputation for his perjury on sworn statements locally between lawyers and prosecuters that my first lawyer was told about it from a 20 year prosecuter that guessed who the detective was that did this all to me. So aside from the current pending 3 criminal charges bases off pure lies and perjury in Akins arrest warrents there was also two charges from Micheal Derenthal being the victim and two more from Anna Derenthal AND two more that were punishable by life involving my fiance I lived with and have a child with Chell. One of these charges was human sex traffiking. All six of these charges were dropped before trial as it was nothing more than Akins lies and to prove it see the "Affidavit in support of declination of Prosecution" Attached from Chell. There is also a video interrogation of her saying the opposite of what he lies about in his sworn arrest warrents So I ask you what does it take to at the very least arrest this corrupt detective for his crimes against me and my kids???

Thanks, Donald Seoane

PS. Akins also listened to jail calls with me and my lawyer and them went and threatened my fiance and neighbors not to talk to my lawyers

JQC criminal complaint against corrupt criminal in no way honorable Judge Holly Marie Newman Derenthal. 300

I have said in court under oath, in sworn filings and sworn criminal complaints countless times I challenge anyone to criminally charge me with perjury and or false reports to a LEO or more if anything I'm saying is untruthful but when you don't then go and finally properly investigate these peoples crimes and make arrest but everytime neither ever happens which just proves how blatantly in your face criminal and corrupt everyone is and shows everyones crimes of covering up others crimes. MANY MANY people have committed countless felonys against me and my kids including but not limited to felony violation of Oath of office, Felony Aiding and Abetting, Felony child Endangerment, Felony Exparte, Felony official Misconduct, Felony Falsifing of official documents, Felony Perjury and many more. Judge Derenthal, me and my lawyers can now prove has committed all of the above with the recent release of my children's child Forensic interview video tapes that proves the child abuse she covered up as well as all the perjury in Derenthal's Deposition with my lawyer. Again all I'm asking is for a proper criminal investigation to finally be done and all the real evidence to finally be looked at that prove this criminals countless crimes against me and my children before I'm finally release from my false imprisonment. I plan to put EVERYTHING ALL OVER WORLD NEWS with everyone's names all over it. I also got more than 20 books I will be publishing soon about this mess you all have created by not doing your jobs. Some of the top five news media agencies in the world have

already contacted my lawyer because of my previous fame you may or may not be aware of. Also take notice that hundreds of copies of this complaint will be mailed via US Mail to hundreds of people in high government and media and if you continue to violate all your oath of office covering up Judge Derenthal's crimes I will also be calling for all your arrest. So this is the 5TH complaint in two years I file against this criminal and because of you all not doing anything about my last 4 complaints I been sitting in jail with no bond for almost two years now. This compulsive lying criminal not only hide the abuse of my 3 children as I stated in my last 4 complaints two years ago but now finally me and my lawyers can prove it. See a different Judge in a different case finally ordered the release of my 3 Kids forensic video interviews where they disclose the abuse and prove Derenthal's perjury in her victim Depo in my criminal cases involving her. Derenthal has committed perjury all over her sworn statement to police to have me falsely imprisoned and silenced and fraudulantly charged and held without bond for "Threatening a Judge" and "Extortion of a Judge" which in reality never ever happened. Furthermore she has lied under oath on the witness stand as the victim in my criminal cases and most recently lied all over her sworn testimony in her deposition with my lawyer to cover her crimes and now we can prove it. OK see page 3 of "Judge Holly Marie Newman Derenthal's crimes."

Judge Holly N. Derenthal had only been a Judge about a week when she got on my very complicated divorce and Injunction cases I filed on behalf of my 4 and 5 year old towards their Thai immigrant, Porn star, Prostitute, drug addict mother Nantita Seoane, for sexual abuse of our children. The honorable Judge Micheal Snure had granted because he knew the family history for a very long time and was the Judge on our divorce case also. After my wifes two very well connected lawyers came into the courtroom at a emergency hearing for 100 percent child custody in my divorce case and sat at the lawyers table threatening him, he recused himself and walked out before the hearing even got started. They both were no longer even on this case and had withdrawn several months prior after Judge Snure took the case which I believe had something to do with a personal conflicted relationship with Judge Snure. Her two lawyers Jennifer Jane Watson and Sara Vance are two man hating extreme feminist that work for The Help Now Shelter Aiding fake domestic violence victim women for free while they rape and pillage government grant and tax dollars on a flat rate and they are well known to be compulsive liars and very powerful. This is when Derenthal got onto my cases while committing exparte with my wifes lawyers that now signed back onto all my cases now that there buddy Judge Derenthal had my cases. The three of them railroad me and my kids for months

covering my wifes and her federal agent police officer for customs and Border patrol prostitution client pimp boyfriends physical and sexual abuse of my children and then dismissed my injunction and took away my custody illegally. Then Derenthal did the unthinkable teaming up with a defective that I was calling for his arrest also for not investigating the Judge and the both of them had me falsely arrested based off Derenthal and Detective Justin Akins pure lies and perjury. 7 arrest and 13 bogus charges now and all have been beat down to one false arrest and 3 charges while I'm still falsely imprisoned for almost two years now waiting Jury trial for my last case to prove my innoccence. Now see "Derenthal Depostion Perjury" document.

I don't personally have Derenthal's depo but I have notes from my lawyers questioning and Derenthal's outragous perjury all over it but feel free to contact my lawyer about it. In her depo she lies and commits perjury during the following statements. Derenthal denies her family including her husband and two daughters have personal and bussiness relationships with my wifes lawyer Jennifer Watson and Sara Vance. (Fact is Derenthal and the family own and run Derenthal Real Estate, Lakefrontproperties.com and it's company and her exhusband Micheal Derenthal also works for Kellar Williams Real Estate. My wifes lawyer Jennifer Watson Real Estate.) When asked about my kids CPT tapes she ordered twice and then hid for my wifes lawyers she first claims she doesnt remember ordering them but then when read her orders she then plays stupid and claims she remembers getting the CPT Tapes in chambers and she also claims she then viewed them. She says none of my kids said they saw their mother naked recording herself in a sexual video. Derenthal then admits though that she did see a motion with the children's four child counsler reports as well as a seperate sworn statement from the counsler saying the kids did say mom was naked making a sexual video infront of them. Now the state ends up stopping the questioning about Derenthal's crimes and cover ups as she get's caught lying so much and my lawyer says

She will will be moving for a second depo to be done on Derenthal and will be certifying the questions to be answered later. Now she lies about how she knew her daughter Anna Lane Derenthal was being anonymosley posted about online on a website she claims I owned (which in reality she knew about from motions and also knew I didnt own the website). Now she says people reached out concerned about her safety so she reached out to Cindy Schmidt the general counsel for the 9TH Circuit. Cindy refered her to someone that looked into any saftey issues or threats in my online post and they reported back. She said they reported back like a screener and said there were no safety concerns. (Please note this is when Derenthal teamed up with detective Justin Akins to have me falsely arrested and silenced from the internet because I was now online calling for both their arrest for both of all their crimes.) She then lies in her depo and says her kids were being targeted and threatened, Anna Lane Derenthal and Sadie Derenthal which are both adults by the way.) She then lies and claims I said I was going after her kids cause she went after mine. She then lies and claims I said I made more threats to her but when pressed about what threats, she then studders and does a bunch of back tracking and says well I called her a bitch and cunt but she can't remember the threats. Then she says well I threatened to put her in jail. Now she admits the screener

the ninth did said they didnt see that she was ever threatened and that I was just up set. Throughout her whole depo she admits to lying, perjury and countless of her crimes. Then she lies and claims she was never served my federal lawsuit against her but then admits she saw it in one of my pleadings. (This lie was as stated in the Motion to recuse with the lawsuit in the Exhibit, she legally now had to recuse herself but again denied the motion.) So now in the depo when pressed about if she saw the need to recuse herself now that I was suing her in federal court now she lies again claiming she didnt know about it. Now she is reminded about it in my motion to recuse she already admitted to seeing. Now she says she doesnt remember again. (Fact is I sued her and her JA and emailed it to both of them and filed it in a motion to recuse telling her about it as grounds for recusal which she denied). She then admits the screener came back saying there were no threats of harm. Then she admits she was going to monthly meetings in Dubstred in Orange County at a bar where family law lawyers meet and talk about family law and at one of those meetings a lawyer that I had consulted with to retain told her about my postings and told her to contact the 9th Cindy Schmidt. So what I'm asking for is a proper criminal investigation to now be done off all the evidence in sworn affidavits, depositions, CPT Tapes, hearing transripts and more and the law to finally be upheld. Please see letters and info attached.

Thanks and GOD bless, Donald Seoane [signature]

113

**Osceola County Sheriff's Office**

# STATEMENT

Please fill out in full detail

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Offense: Intimidate Judge | | | | | | | | Case #: 23 I 178415 | |
| Date of Statement: | Month: February | | Day: 2 | | Year: 2024 | | | Time: 1700 | |
| Location of Offense: 2 Courthouse Sq | | | | | | | | Zone: 53K | |
| Code: ✓ | Name: (L/F/M) Derenthal, Holly | | Age: 49 | D.O.B.: 10/17/74 | | Race: White | | Sex: Female | |
| | Address Res.: [redacted] / Court Address | | | | Zip: 32804 | | Phone: 407-742-2408 | | |
| | Address Bus.: 2 Courthouse Square Kissimmee, FL | | | | Zip: 34741 | | Phone: 407-742-2408 | | |
| D.L.#: D653-333-74-877-0 | | St: FL | Other ID: (Specify # & Type): | | | | E-Mail Address: ctjuhd1@ocnjcc.org | | |

I, Holly Derenthal do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever

I currently serve as a circuit court judge in the Ninth Judicial Circuit of Florida. I have been a judge since May 15, 2023. I am assigned to a domestic division in Osceola County. In early July 2023, I was assigned two cases involving Mr. Donald Seoane: (1) his pending Dissolution of Marriage case (Case No. 2022 DR 2336 DC) and (2) a domestic violence injunction case involving Mr. Seoane and his current wife (Case No. 2022 DR 2668 DV). The cases were transferred to my division from another division.

During the time the cases were assigned to me (approx. 5 months) I presided over several hearings involving temporary time-sharing for the parties' two minor children and other related motions. I issued several rulings and orders in the cases. Mr. Seoane perceived my rulings to be adverse to him. During this time Mr. Seoane was not represented by counsel and he repeatedly requested through written and oral motions that I recuse myself.

As the months went on, I became aware that Mr. Seoane was posting information online about me and making claims and false accusations about me. His commentary and videos were filled with false accusations, defamatory content about me, and he included calls for action against me and/or my family. Time progressed and his postings become more threatening and intense. He related his postings to my rulings he did not like and kept insisting I should be removed due to my criminal conduct and rulings in his cases. Third parties in the community who know me, reached out, out of concern for my safety. LIE

On November 18, 2023, I became aware of Mr. Seoane posting derogatory, defamatory, threatening and false information regarding my family members. I am aware of numerous postings by Mr. Seoane about my daughter (age 20) and other close family members on various online websites and social media accounts during the month of November. Mr. Seoane was accessing pictures of my children and family from their social media accounts and using them to create false and extremely harmful content, including content of a sexually exploitive and deviant nature, involving my children online. He did so in an attempt to influence and or punish me. He also included calls and/or suggestions for my death in his postings. My family and my children's friends social media accounts were targeted as well. LIE LIE

Mr. Seoane's online postings and content creation related to me and my family escalated until his incarceration. Since Mr. Seoane's incarceration, I am not aware of any additional postings or content creation regarding me or my family on the various social media and online sources.

I am am extremely concerned for the safety of my family and myself, based on Mr. Seoane's threats, threatening actions and his history. Due to his escalating threats and attacks against my family, I found it necessary to recuse myself from the cases involving Mr. Seoane. I had no other choice. LIE

SO-03-42 Rev. 04/04/19

1 of 2

~~Smart Communications~~
~~Osceola County Corrections~~
~~Inmate Name:~~
~~Inmate ID:~~
~~P.O. Box 9127~~
~~Seminole, FL 33775-9127~~

Legal Mail TO:
OCCD
405 Simpson Rd.
Kissimmee, FL 34744
ID; Seoane, Donald 1277492

PRO SE

Nevada District Court
400 South Virginia St
Reno, NV 89501-2193

__Filed __Received __Entered __Served On
Counsel/Parties of Record
NOV 12 2026
Clerk US District Court
District of Nevada
By:________________ Deputy

USA FOREVER

...32 C091

Legal Mail