UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DONALD CARLOS SEOANE *formerly known as* DONNY LONG,

Plaintiff,

v.

PEDOPHILE TERRORIST PORNSTAR HOOKER, *et al.*,

Defendants.

Case No. 3:26-cv-00880-MMD-CLB

ORDER

Plaintiff Donald Carlos Seoane, a *pro se* inmate housed at the Osceola County Correctional Facility in Kissimmee, Florida, submitted a document that appears to be a complaint. (ECF No. 1-1.) Plaintiff did not apply to proceed *in forma pauperis* or pay the full filing fee for a civil action. (ECF No. 1.) In the complaint, Plaintiff appears to sue various defendants including Donald Trump, other federal and Florida state government officials, Osceola County jail officials, and others. (ECF No. 1-1 at 1-4.) Although Plaintiff's complaint is difficult to decipher, he does appear to be challenging his imprisonment at the Osceola County jail. (*Id.* at 6.) Plaintiff alleges that he has "been falsely imprisoned held hostage with no bond as a political prisoner in the Osceola County Jail in Florida for three years now as a minimum custody inmate with no court or trial date for 21 months even though me and my five private paid lawyers are fully prepped for trial for three years now on my bogus cases." (*Id.*) Plaintiff also appears to allege safety issues inside the jail. (*Id.* at 7.) He seeks monetary and injunctive relief including a "permanent injunction against Florida and the Osceola County Sheriff's Office." (*Id.* at 9.) There are no allegations about events taking place in Nevada.

///

///

A plaintiff may bring an action in the following judicial districts:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3). If a case has been filed in the wrong district or division, the district court in which the case has been incorrectly filed may "transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

The Court finds that the District of Nevada is not the appropriate venue for this action because the events occurred in Osceola County, Florida, and the defendants Plaintiff seeks relief against reside in Florida. Osceola County is in the Middle District of Florida, Orlando Division. The Court directs the Clerk of the Court to transfer this action to the United States District Court for the Middle District of Florida, Orlando Division. This Court offers no opinion on the merits of this action.

For the foregoing reasons, it is ordered that the Clerk of the Court will transfer this case to the United States District Court for the Middle District of Florida, Orlando Division.

It is further ordered that the Clerk of the Court close the case in this Court.

DATED THIS 18th Day of November 2026

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE